COPAK FABRICS CORPORATION v. ARROW PIECE DYEING AND FINISHING CO.,

Inc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.